■ In the Matter of the Probate of the Will of ROBERT D. KAUFMANN, Deceased. JOEL S. KAUFMANN et al., Appellants; WALTER A. WEISS, Respondent.— Motion for a stay granted and the trial of the probate proceedings in the Surrogate's Court, New York County, is stayed pending the hearing and determination of the appeals on condition that the appellants serve and file their appellants' points on or before May 27, 1960, with notice of argument for June 7, 1960, said appeals to be argued or submitted when reached. Respondent's points are to be served and filed on or before June 3, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of the Probate of the Will of ROBERT D. KAUFMANN, Deceased. JOEL S. KAUFMANN et al., Appellants; WALTER A. WEISS, Respondent.— Motion for an order directing an immediate hearing of the appeals granted to the extent of directing that the appeals be placed on the Non-Enumerated Calendar of this court for June 7, 1960, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

## (May 31, 1960)

■ In the Matter of LEONE SKORA, Petitioner, and GEORGE H. PAPPAS, Respondent, against GREAT SWEET GRASS OILS LIMITED, Appellant.— Order unanimously reversed on the law and in the exercise of discretion and the matter remanded to Special Term for a hearing in accordance with this memorandum, with $20 costs and disbursements to abide the event. The petitioner may not succeed in this proceeding if the law of Ontario is such as to invalidate the proxies by reason of their not having been filed in accordance with the notice of meeting. The Ontario law applicable to this question has not been sufficiently proven by the affidavits as to warrant the making of a finding with respect thereto. Such question could more properly be determined after a hearing. Nor may the proxies be voted if, as is charged, they were obtained by reason of fraudulent representations to the stockholders. Whether they were so obtained presents an issue of fact that should be tried. Concur — Botein, P. J., Rabin, Valente, Stevens and Noonan, JJ.